**Opinion issued July 18, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-19-00124-CV

————————————

## LLOYD E. KELLEY D/B/A THE KELLEY LAW FIRM, Appellant

## V.

## GEORGE GORE, Appellee

**On Appeal from the 11th District Court**
**Harris County, Texas**
**Trial Court Case No. 2015-76631**

## MEMORANDUM OPINION

Appellant, Lloyd E. Kelley, doing business as The Kelley Law Firm, has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. CIV. P. 145; TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.851(b), 51.941(a), 101.141; Fees Charged in the Supreme Court,

in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). Further, appellant has not paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b), (c).

Accordingly, we dismiss the appeal for nonpayment of all required fees and for want of prosecution. *See* TEX. R. APP. P. 5, 37.3(b), 42.3(b), (c), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Lloyd, Landau, and Countiss.